IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHARLOTTE STOKES ESLAVA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 13-cv-0239-CG-C |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF SETTLEMENT

**COMES NOW** defendant Portfolio Recovery Associates, LLC, and in response to this Court's Order dated July 10, 2013, hereby states that the parties have reached a tentative settlement as to all of the claims in the above-styled lawsuit.

The parties therefore request that the Court give the parties 30 days to finalize formal settlement documents and file a joint stipulation of dismissal.

Respectfully submitted this 11th day of July, 2013.

*s/ R. Frank Springfield*
R. Frank Springfield (SPRIR5196)
Ricardo Woods (WOODR1019)
E. Jordan Teague (TEAGE6486)

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
fspringf@burr.com
jteague@burr.com

2103431 v1

> BURR & FORMAN LLP
> P.O. Box 16046
> Mobile, Alabama 36616
> Telephone: (251) 344-5151
> Facsimile: (251) 344-9696
> rwoods@burr.com
>
> Attorneys for Defendant
> PORTFOLIO RECOVERY ASSOCIATES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 11th day of July, 2013:

> Harry V. Satterwhite
> SATTERWHITE, BUFFALOW, & TYLER, L.L.C.
> 1325 Dauphin Street
> Mobile, Alabama 36604

> *s/ R. Frank Springfield*
> OF COUNSEL