IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHARLOTTE STOKES ESLAVA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 13-0239-CG-C |
| | ) | |
| **PORTFOLIO RECOVERY** | ) | |
| **ASSOCIATES, LLC.,** | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the court on the Notice of Settlement filed by Portfolio Recovery Associates, LLC (Doc. 23).  It it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate those claims within thirty (30) days of the date of this order should the settlement agreement not be consummated.

**DONE** and **ORDERED** this the 12th day of July, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE